UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.

GEOFFERY BIGWOOD

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:06-CR-480 (GHL)

Seth Buchman, Esq. (CJA)
Attorney for Defendant

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 15 2007
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere] as to the superseding count stated on the record.

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Disorderly Conduct, in violation of Title 18, United States Code, Section 13, assimilating Section 240.20 of the New York Penal Law.

**DATE OFFENSE CONCLUDED:** October 10, 2006

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $100.00 and a $5.00 special assessment. Fine is payable no later than April 14, 2007. Special assessment is payable immediately. Defendant is to successfully complete an anger management course as determined by the Special Assistant U.S. Attorney and will be barred from entering Fort Drum. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED** that the original charge stated in **Count 1** of the Information is dismissed on motion of the United States.

_____March 14, 2007_____
Date of Imposition of Sentence

_____march 15, 2007_____
DATE SIGNED

_____
GEORGE H. LOWE
U.S. Magistrate Judge